# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-82-15-GF-BMM |
| Plaintiff, | |
| vs. | **ORDER** |
| HERBIE RAY FITZGERALD, | |
| Defendant. | |

Defendant, **Herbie Ray Fitzgerald**, having filed an Unopposed Motion to Correct Clerical Error and Issue a Corrected Judgment, there being no objection from the Government and good cause appearing therefor;

IT IS HEREBY ORDERED that the Judgment entered on May 26, 1982 (Doc 13), on page one (1) the final paragraph is corrected as follows:

The court finds the defendant to be 23 years of age, having been born on January *13*, 1959, (emphasis added).

IT IS FURTHER ORDERED that an Amended Judgment will be prepared and filed accordingly.

DATED this <u>5th</u>  day of September, 2018.

Brian Morris
United States District Court Judge

1